# Court of Appeals
# of the State of Georgia

ATLANTA, __February 04, 2014__

*The Court of Appeals hereby passes the following order:*

## A14A0737.  DEBORAH JOHNSON v. PACIFICPOINT REALTY, LLC.

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Deborah Johnson appealed the magistrate court's decision to the superior court.  On November 5, 2013, the superior court issued a judgment in favor of the plaintiff.  On December 2, Johnson filed a notice of direct appeal to this Court.

We lack jurisdiction for two reasons.  First, because the order at issue concerns a de novo appeal from a magistrate court decision, Johnson was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Second, this appeal is untimely.  An appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Johnson filed her notice of appeal 27 days after the superior court's order was entered.  For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/04/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*